# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALTER LUNA SIORDIA,<br><br>Defendant. | Case No.: 20-CR-2636-JLS<br><br>**ORDER ON THE JOINT MOTION TO CONTINUE MOTION HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

This matter comes before the Court upon the joint application of the parties to continue the motion hearing and to exclude a period of time in computing the deadline within which the trial of this case must commence under 18 U.S.C. § 3161. Based on the application, the Court makes the following findings:

For reasons stated in paragraph 8 of the motion, incorporated by reference herein, the Court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the Defendant in a speedy trial.

IT IS ORDERED that the motion to continue is granted. The motion hearing/trial setting shall be continued from November 6, 2020 to December 11, 2020, at 1:30 p.m.

//
//
//
//

IT IS FURTHER ORDERED that the period of delay from November 6, 2020, until December 11, 2020, shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

Dated: November 3, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge