UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>v.<br><br>WALTER LUNA SIORDIA,<br><br>                                    Defendant. | Case No.: 20CR2636-JLS<br><br>**ORDER CONTINUING STATUS HEARING** |

On the Court's own motion, IT IS HEREBY ORDERED that the Status Hearing presently scheduled for September 24, 2021 shall be continued to **Friday, October 1, 2021** at **1:30 p.m.** Defendant shall file an acknowledgement of the new hearing date within one week of this Order.

Time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: September 20, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge