UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALTER LUNA SIORDIA,<br><br>Defendant. | CASE NO.:  20CR2636-JLS-01<br><br>**ORDER CONTINUING STATUS HEARING** |

JOINT MOTION HAVING BEEN ENTERED by the parties, and

GOOD CAUSE appearing, IT IS HEREBY ORDERED, that defendant's Status Hearing of November 19, 2021 at 1:30 p.m. be continued to **February 18, 2022 at 1:30 p.m. before the Honorable Janis L. Sammartino.**  Defendant shall file an acknowledgement of the new hearing date by November 30, 2021.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED.**

Dated:  November 16, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge