# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WALTER LUNA SIORDIA,<br><br>　　　　　　　　Defendant. | CASE NO.:  20CR2636-JLS-01<br><br>Hon. Janis L. Sammartino<br>Courtroom 4D<br><br>**ORDER TO CONTINUE STATUS HEARING** |

　　　　Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that defendant's Status Hearing of February 18, 2022, at 1:30 p.m. be continued to **March 25, 2022, at 1:30 p.m.**  Defendant shall file an acknowledgement of the new hearing date by March 4, 2022.

　　　　The Court finds that the time is excludable under 18 U.S.C. § 3161(h)(1)(A).

**SO ORDERED.**

Dated:  February 16, 2022

　　　　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge