# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>WALTER LUNA SIORDIA,<br><br>        Defendants. | Case No.: 20-CR-02636-JLS<br><br>**PROTECTIVE ORDER REGARDING BLIND MULE (GPS) DISCOVERY** |

Pursuant to the Federal Rule of Criminal Procedure 16(d), and General Order No. 514-E of the United States District Court for the Southern District of California ("General Order No. 514-E"), it is hereby ORDERED as follows:

1. The United States is prepared to make redacted discovery of relevant and material blind mule (GPS) discovery available to the "Defense Team." "Defense Team" includes counsel for Defendant, associate attorneys, any investigators, interpreters, experts, paralegals, legal assistants, and/or law clerks assisting defense counsel in this case. The materials may be used only by counsel, their legal staff and investigators in connection with the preparation and/or litigation of a defense in this case. The materials may not be used for any other purpose.

2.    The Defense Team may not distribute, disseminate, disclose, or exhibit discovery materials to any person who is not a part of the Defense Team, except as further set forth herein.

3.    Each counsel of record shall sign a copy of this Protective Order, acknowledging its terms and agreeing to comply with them, and ensure that every member of his/her Defense Team is advised of the Order and agrees in writing to be bound by its terms.

4.    The Defense Team shall take all reasonable steps to: (a) maintain the confidentiality of the discovery, and (b) safeguard the discovery produced in this case from disclosure to or review by any third party.

5.    The Defense Team may share discovery materials with any investigators, consultants or experts retained by the defense in connection with this case, provided that the defense informs any such individual(s) of this Order and obtains his/her written agreement to be bound by its terms.

6.    The Defense Team may show defendant/witnesses discovery materials as necessary for the preparation of the defense, but may not give copies or the materials to defendant/witnesses absent further Order of the Court.

7.    The Defense Team shall either destroy or return any and all copies of the discovery to the United States within 90 days of the conclusion of the proceedings in the above-referenced case, including any appeal.

8.    Because the criminal discovery materials contain individual personal information, within the meaning of General Order 514, the Defense Team shall redact any filings referencing or containing said materials in a manner consistent with General Order 514-E.

9.    To the extent that any criminal discovery materials were filed with the court under seal, the Defense Team shall file a motion to unseal the documents with notice to the United States before any pleadings or exhibits referencing or containing said materials may be publicly filed.

*U.S. v. Luna Sordia*                                            2                                     *20-CR-02636-JLS*

1    10.    If defense counsel withdraws or is disqualified from participation in this case,

2           the Defense Team shall return any discovery produced pursuant to the Order

3           to the United States within 10 days.

4    IT IS SO ORDERED.

5    DATED:     04/29/2022                                    *Janis L. Sammartino*

6                                                      HONORABLE JANIS L. SAMMARTINO
                                                       United States District Judge
7

8

9    ACKNOWLEDGEMENT

10   I have reviewed the foregoing protective order and I agree to be bound by its terms.

11          4/26/2022

12   DATED:_____                 SIGNED:_____

13                                            LYNDZIE M. CARTER
                                              Assistant U.S. Attorney
14

15   DATED: 4/26/22                    SIGNED:_____

16                                            HOLLY A. SULLIVAN
                                              Attorney for Walter Luna Siordia
17                                        Micaela Arguelos For Holly Sullivan

18

19

20

21

22

23

24

25

26

27

28

*U.S. v. Luna Sordia*                         3                         20-CR-02636-JLS