UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HON. JANIS L. SAMMARTINO

| UNITED STATES OF AMERICA, | CASE NO.: 20-CR-2636-JLS |
|---|---|
| Plaintiff, | Hon. Janis L. Sammartino |
| v. | |
| WALTER LUNA SIORDIA<br>Defendant. | ORDER TO CONTINUE<br>MOTION IN LIMINE HEARING |

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the Motion Hearing In Limine currently scheduled June 24, 2022, be continued **to July 1, 2022, at 2:00 p.m.**

It is further ordered that the time between June 24, 2022, and July 1, 2022, is excluded under the Speedy Trial Act in the interests of justice pursuant 18 U.S.C.§3161(h)(7)(B)(i), (iv).

IT IS SO ORDERED.

Dated:  June 6, 2022

Hon. Janis L. Sammartino
United States District Judge