# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　　Plaintiff,<br>v.<br>WALTER LUNA SIORDIA,<br>　　　　　　　　　　　Defendant. | Case No.  20-CR-02636-JLS<br><br>**ORDER AND JUDGMENT TO DISMISS THE FELONY INDICTMENT** |

　　Upon motion of the United States of America and pursuant to Rule 48(a), Federal Rules of Criminal Procedure, **IT IS HEREBY ORDERED** that the felony Indictment in the above-entitled case be dismissed without prejudice.

　　**IT IS SO ORDERED.**

Dated:  July 7, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge